United States District Court
Eastern District of Michigan

Bamidele Muraina,

       *Petitioner*,   Case No. 24-cv-10977

  v.   Honorable Sean F. Cox
       Mag. Judge Curtis Ivy, Jr.

Eric Rardin, Warden,

       *Respondent.*
_____/

## NOTICE OF APPEARANCE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

*Add the following AUSA(s):*

Name:      Jessica V. Currie

Bar ID:     P74213

Telephone:  (313) 226-9531

Email:      Jessica.Currie@usdoj.gov

                    *s/Jessica V. Currie*
                    Jessica V. Currie
                    Assistant United States Attorney
                    211 W. Fort Street, Suite 2001
                    Detroit, Michigan 48226
                    (313) 226-9531

Dated:   May 10, 2024         jessica.currie@usdoj.gov