TRULINCS 73257019 - MURAINA, BAMIDELE - Unit: MIL-B-D

---

FROM: 73257019
TO:
SUBJECT: Expedite
DATE: 08/17/2024 07:56:39 AM

FILED
AUG 2 3 2024
CLERK'S OFFICE
DETROIT

-

BAMIDELE MURAINA #73257-019
FCI MILAN
P.O.BOX 1000
MILAN MI 48160
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Re: Motion to Expedite Consideration of Habeas Corpus Petition Under 28 U.S.C. 2241

Case NO: 24-10977

Dear Honorable Judge Sean F. Cox,
    I BAMIDELE MURAINA respectfully request that this Honorable Court expedite the consideration of my habeas corpus petition filed under 28 U.S.C. 2241. I believe that an expedited review is warranted for the following reason:

Early Release: The resolution of my 2241 petition may result in my early release. I am currently serving a 70-month sentence for the theft of government funds and aggravated identity theft. I am currently housed at FCI MILAN. My projected release date is Nov. 8, 2024. (See Att 1, Sentence Computation). If this Honorable Court expedite the consideration of my habeas corpus filed under 28 U.S.C. 2241 and GRANT me all the relief i seek for, I will get credit for 41 good conduct time days that was taken from me by the DHO. This will change my release date to Sept. 28, 2024.

I stand by my plea of NOT Guilty because there was no reliable evidence to support i committed the prohibited act of possessing a cell phone, the delay in delivering the incident report to me within 24hrs is ground for the relief as this violated my due process rights and lastly my due process rights was violated at the discipline hearing.

Therefore, I respectfully request that this court expedite the review of my habeas corpus petition to ensure a just and timely resolution to my case.
Thank You for your time and consideration in this matter.
Respectfully,

BAMIDELE MURAINA

```
 MILCW   540*23 *        SENTENCE MONITORING          *     08-19-2024
 PAGE 001        *         COMPUTATION DATA           *     10:52:52
                            AS OF 08-19-2024

 REGNO..: 73257-019 NAME: MURAINA, BAMIDELE


 FBI NO............: 909352JF6         DATE OF BIRTH: 07-30-1986  AGE:   38
 ARS1..............: MIL/A-DES
 UNIT..............: 2 GP              QUARTERS.....: B15-025L
 DETAINERS.........: YES               NOTIFICATIONS: NO

 FSA ELIGIBILITY STATUS IS: ELIGIBLE

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

 HOME DETENTION ELIGIBILITY DATE....: 05-08-2024

 FINAL STATUTORY RELEASE FOR INMATE.: 11-03-2025 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 360  DAYS
 THE INMATE IS PROJECTED FOR RELEASE: 11-08-2024 VIA FSA REL


                 RELEASE AUDIT COMPLETED ON 02-08-2024 BY DSCC
 -----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

 COURT OF JURISDICTION...........: GEORGIA, NORTHERN
 DOCKET NUMBER...................: 1:20-CR-00284-01-WMR
 JUDGE...........................: RAY
 DATE SENTENCED/PROBATION IMPOSED: 08-31-2021
 DATE COMMITTED..................: 11-15-2021
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
 NON-COMMITTED.:  $200.00         $00.00           $00.00        $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT: $561,125.62

 -------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  261     18:2112-33 THEFT GOVT SCRTY
 OFF/CHG: 18:641 AND 2 PUBLIC MONEY, PROPERTY OR RECORDS CT.35

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    46 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 01-29-2018




 G0002         MORE PAGES TO FOLLOW . . .
```

Att 1

Bamidele Mwaine
REG. NO. 73257019

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
20 AUG 2024 PM 7 L

48226-271839

Clerk Office
231 West Lafayette Blvd
Room 564
Detroit, Mi, 48226