UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAMIDELE MURIANA, #73257-019,

    Petitioner,

v.

    CASE NO. 2:24-CV-10977
    HONORABLE SEAN F. COX

ERIC RARDIN,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

s/Sean F. Cox
SEAN F. COX
United States District Judge

Dated: November 26, 2024