UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POOR QUALITY ORIGINAL



FILED
JAN 13 2025
CLERK'S OFFICE
DETROIT

BAMIDELE MURIANA, #73257-019,

    Petitioner,

CASE NO. 2:24-CV-10977
HONORABLE SEAN F. COX

v.

ERIC RARDIN,

    Respondent.
_____/

## OPINION AND ORDER DISMISSING HABEAS PETITION AND DENYING MOTION FOR EXPEDITED CONSIDERATION

### I. Introduction

This is a pro se habeas case brought pursuant to 28 U.S.C. § 2241. In his habeas petition, federal prisoner Bamidele Muriana ("Petitioner") challenges a prison disciplinary proceeding that resulted in a finding of guilt for possession of a cell phone and the imposition of sanctions, including the loss of 41 days of good conduct time. Specifically, he asserts that the decision was

ES DISTRICT COURT
N DISTRICT OF MICHIGAN
OF THE CLERK
INITED STATES COURTHOUSE
IYETTE BLVD.-ROOM 564
-MICHIGAN 48226

CIAL BUSINESS

METROPLEX MI 480
2 DEC 2024 PM 15
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 48226 $ 000.97⁰
02 7W
0008037843 DEC 02 2024

Bamidele Muriana 73257-...
Return to Sender
Cannot Identify/NO #
Not at Institution
Unauthorized
No Package Authorization
Unauthorized Correspondence
Other

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
JAN 13 2025
CLERK'S OFFICE
DETROIT

BAMIDELE MURIANA, #73257-019,

    Petitioner,

v.

    CASE NO. 2:24-CV-10977
    HONORABLE SEAN F. COX

ERIC RARDIN,

    Respondent.

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. - ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
2 DEC 2024 PM 15
FIRST-CLASS

US POSTAGE
ZIP 48226 $ 00
02 7W
0008037343 DEC



Return To Sender ✗
Can Not Identify/no ?
Not At Institution ✗
Unauthorized